# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| RUBY J. BASKIN | : | |
| | : | Bankruptcy No.: 14-12626 |
| *Debtor* | : | |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw our appearances on behalf of the above-captioned Debtor.

CAPIO AND GIGLIOTTI, LLP

BY: _____
CHRISTOPHER G. CAPPIO
CAPIO & GIGLIOTTI
2000 Spring Garden Street, Ste. 1F
Philadelphia, PA 19130
(267) 758-2540

_____
MICHAEL P. GIGLIOTTI
CAPIO & GIGLIOTTI
2000 Spring Garden Street, Ste. 1F
Philadelphia, PA 19130
(267) 758-2540

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the above-captioned Debtor.

FREEDMAN AND LORRY, P.C.

BY: _____
CHRISTOPHER M. MCMONAGLE
I.D. # 316043
FREEDMAN AND LORRY, P.C.
1601 Market Street, Ste. 1500
Philadelphia, PA 19103
(215)925-8400