UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| RUBY J. BASKIN | : | BANKRUPTCY NO. 14-12626 |
| | : | |
| DEBTOR | : | |
| | : | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

**CHRISTOPHER M. MCMONAGLE, ESQUIRE, has filed a MOTION TO MODIFY CHAPTER 13 PLAN POST-CONFIRMATION**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the Motion, then on or before November 27, 2016 you or your attorney must do all of the following:

    a. File an objection explaining your position at:

    Clerk, U. S. Bankruptcy Court, Eastern District of Pennsylvania,

    900 Market Street, Philadelphia, PA 19107.

2. If you mail your answer to bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    a. mail a copy to the movant's attorney:

    Christopher M. McMonagle, Esquire
    FREEDMAN AND LORRY, P.C.
    1601 Market Street
    Ste. 1500
    Philadelphia, PA 19103

3. If you or your attorney do not take the steps described in paragraphs 1(a)

      and 2(a) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

4. A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan on December 13, 2016 at 10:00 a.m., Courtroom #5 United States Bankruptcy Court, 900 Market Street, Philadelphia, PA  19107.

5. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in Paragraph 2(a).

6. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Date: November 7, 2016