# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **RUBY J. BASKIN** | : | |
| | : | |
| Debtor | : | |
| | : | |
| | : | BK. NO. 14-12626 |
| | : | CHAPTER 13 |
| | : | |
| | : | 11 U.S.C. |

## CERTIFICATION OF SERVICE

I, CHRISTOPHER M. MCMONAGLE, attorney for the Debtors, hereby certify that on or about the 7th day of November, 2016, I did serve a copy of the Modified Chapter 13 Plan on the following individuals:

William C. Miller, Esquire          All Creditors
Chapter 13 Standing Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107



DATE:   November 7, 2016          ATTORNEYS FOR DEBTOR

/s/ Christopher M. McMonagle
CHRISTOPHER M. MCMONAGLE, ESQUIRE
FREEDMAN AND LORRY, P.C.
1601 Market Street, Ste. 1500
Philadelphia, PA 19103
(215)925-8400