**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : |
| **RUBY J. BASKIN** | : |
| | : |
| **Debtor** | : |
| | : |
| | :    BK. NO. 14-12626 |
| | :    CHAPTER 13 |
| | : |
| | :    11 U.S.C. |

**CERTIFICATION OF SERVICE**

I, CHRISTOPHER M. MCMONAGLE, attorney for the Debtors, hereby certify that on or about the 7th day of November, 2016, I did serve a copy of the Amended Schedule I on the following individuals:

William C. Miller, Esquire         All Creditors
Chapter 13 Standing Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107


DATE:   November 7, 2016         ATTORNEYS FOR DEBTOR

/s/ Christopher M. McMonagle
CHRISTOPHER M. MCMONAGLE, ESQUIRE
FREEDMAN AND LORRY, P.C.
1601 Market Street, Ste. 1500
Philadelphia, PA 19103
(215)925-8400