**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| RUBY J. BASKIN | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Debtor | : | BANKRUPTCY NO. 14-12626 |
| | : | |

**CERTIFICATION OF NO RESPONSE**

I, Christopher M. McMonagle, attorney for the Debtor, hereby certify that as of December 13, 2016, I have received no response to the Motion to Modify Chapter 13 Plan Post-Confirmation filed November 7, 2016June 1, 2012 on behalf of Debtor, Ruby J. Baskin.

William C. Miller, Esquire                                          All Creditors
Chapter 13 Standing Trustee
P.O. Box 40119
Philadelphia, PA 19106

DATE:   December 13, 2016
                                                                          ATTORNEY FOR DEBTOR

                                                                          /s/ Christopher M. McMonagle
                                                                          CHRISTOPHER M. MCMONAGLE

                                                                          FREEDMAN AND LORRY, P.C
                                                                          1601 MARKET STREET
                                                                          STE. 1500
                                                                          PHILADELPHIA, PA  19103

                                                                          215-925-8400