**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| | : | |
| **RUBY J. BASKIN** | : | |
| : | : | |
| **Debtor** | : | |
| | : | **BANKRUPTCY NO. 14-12626** |
| | : | |
| **WILIAM C. MILLER** | : | |
| **Trustee** | : | |

## O R D E R

AND NOW, upon consideration of the Debtor's Motion to Modify Confirmed Plan, and upon any Response thereto, and after notice and hearing, and with the consent of the Chapter 13 Trustee, It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan is **APPROVED.**

Date: 12/13/16

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE