```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
In re:                                                                  Case No. 14-12626-amc
Ruby J. Baskin                                                          Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: Antoinett              Page 1 of 2                  Date Rcvd: Dec 13, 2016
                              Form ID: pdf900              Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2016.
db             +Ruby J. Baskin,    2428 N. Natrona Street,    Philadelphia, PA 19132-3327
cr             +Santander Consumer USA, Inc.,    P.O. Box 562088, Suite 900 North,    Dallas, TX 75356-2088
13278836       +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
13522710       +Cappio & Gigliotti, LLP,    2000 Spring Garden Street,    Suite 1F,    Philadelphia, PA 19130-3895
13278841       +Central Finl Control,    Po Box 66044,    Anaheim, CA 92816-6044
13278842        Chase,   PO Box 15153,    Wilmington, DE 19886-5153
13278843       +Chase Manhattan Mortgage,    Attn: Bankruptcy Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
13278845       +Cybrcollect,    3 Easton Oval Ste 210,    Columbus, OH 43219-6011
13278847       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13396064       +JPMorgan Chase Bank, N.A.,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13304483        Jefferson University Hospitals,    c/o State Collection Serv. Inc.,    2509 S Stoughton Road,
                 P O Box 6250,    Madison, WI 53716-0250
13278850       +Mohela/dept Of Ed,    633 Spirit Dr,    Chesterfield, MO 63005-1243
13278851        PECO,   PO Box 37629,    Philadelphia, PA 19101-0629
13363036        PHILA GAS WORKS,    80O W MONTGOMERY AVE,3F,    PHILADELPHIA, PA 19122,    ATTN:BANKRUPTCY UNIT
13278852        Philadelphia Gas Works,    PO Box 11700,    Newark, NJ 07101-4700
13309427        SANTANDER CONSUMER USA,    P.O. BOX 560284,    DALLAS, TX 75356-0284
13278853       +Santander Consumer Usa,    PO Box 961245,    Ft Worth, TX 76161-0244
13278854       +Water Revenue Bureau,    Philadelphia Revenue Department,    1401 JFK Boulevard,
                 Philadelphia, PA 19102-1663
13391599       +Wells Fargo Bank,    PO Box 5058,    MAC P6053-021,    Portland, OR 97208-5058

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Dec 14 2016 02:24:29      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2016 02:23:47
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2016 02:24:04      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13346957       +E-mail/Text: EBNProcessing@afni.com Dec 14 2016 02:23:55      Afni, Inc,    PO Box 3667,
                 Bloomington, IL 61702-3667
13278834       +E-mail/Text: EBNProcessing@afni.com Dec 14 2016 02:23:55      Afni, Inc.,    Attn: Bankruptcy,
                 Po Box 3097,    Bloomington, IL 61702-3097
13294870        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 14 2016 02:51:34
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13278838       +E-mail/Text: banko@berkscredit.com Dec 14 2016 02:23:14      Berks Credit & Coll,
                 900 Corporate Dr,    Reading, PA 19605-3340
13372500        E-mail/Text: bankruptcy@phila.gov Dec 14 2016 02:24:29      City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13278844       +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 14 2016 02:24:49
                 Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
13278846       +E-mail/Text: bknotice@erccollections.com Dec 14 2016 02:23:52      Enhanced Recovery Corp,
                 Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13278848        E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 14 2016 02:23:58      Jefferson Capital Systems,
                 16 Mcleland Rd,    Saint Cloud, MN 56303
13283126        E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 14 2016 02:23:58      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13278849       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 14 2016 02:23:50      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13307513       +E-mail/Text: bankruptcygroup@peco-energy.com Dec 14 2016 02:23:15      PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13347543       +E-mail/Text: csidl@sbcglobal.net Dec 14 2016 02:24:02      Premier Bankcard/Charter,
                 P.O. Box 2208,    Vacaville, CA 95696-8208
13570659        E-mail/Text: bnc-quantum@quantum3group.com Dec 14 2016 02:23:17
                 Quantum3 Group LLC as agent for,    NCEP LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Quantum3 Group LLC as agent for,   NCEP LLC,   PO Box 788,   Kirkland, WA 98083-0788
13278835*      +Afni, Inc.,   Attn: Bankruptcy,    Po Box 3097,   Bloomington, IL 61702-3097
13278837*      +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
13278839*      +Berks Credit & Coll,    900 Corporate Dr,    Reading, PA 19605-3340
13278840*      +Berks Credit & Coll,    900 Corporate Dr,    Reading, PA 19605-3340
                                                                                      TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2          User: Antoinett            Page 2 of 2                  Date Rcvd: Dec 13, 2016
                              Form ID: pdf900            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2016                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISTOPHER MICHAEL MCMONAGLE    on behalf of Debtor Ruby J. Baskin CMcMonagle@freedmanlorry.com,
               hbanks@freedmanlorry.com
              MICHAEL P. GIGLIOTTI    on behalf of Debtor Ruby J. Baskin gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor   Santander Consumer USA, Inc.
               mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com
                                                                                           TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| RUBY J. BASKIN | : | |
| | : | |
| Debtor | : | |
| | : | BANKRUPTCY NO. 14-12626 |
| | : | |
| WILIAM C. MILLER | : | |
| Trustee | : | |

# O R D E R

AND NOW, upon consideration of the Debtor's Motion to Modify Confirmed Plan, and upon any Response thereto, and after notice and hearing, and with the consent of the Chapter 13 Trustee, It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan is **APPROVED**.

Date: 12/13/16

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE