**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **RUBY J. BASKIN** | : | |
| | : | |
| Debtor | : | |
| | : | **BANKRUPTCY NO. 14-12626** |
| | : | |
| **WILIAM C. MILLER** | : | |
| **Trustee** | : | |

**NOTICE OF APPLICATION FOR APPROVAL OF COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES BY DEBTOR'S COUNSEL**

TO THE DEBTOR, TRUSTEE, ALL CREDITORS AND ALL PARTIES IN INTEREST:

NOTICE IS GIVEN:

    1.    That Christopher M. McMonagle, Esquire, attorney for Debtor in the above-captioned case has filed an Application for Allowance of Compensation and Reimbursement of Expenses with the United States Bankruptcy Court seeking approval of Counsel fees and expenses in the sum of _____ Seven Hundred and Fifty dollars ($750.00) for services rendered on behalf of the Debtor in this matter.

    2.    That the above-listed Application for Allowance of Compensation along with supporting documentation is on file with the Clerk, United States Bankruptcy Court U.S. Courthouse, 900 Market Street, Philadelphia, PA 19107 and is available there for inspection.

    3.    That any answer, objection, or responsive pleading with respect to aforesaid Motion be filed with the Court served upon Counsel for the Debtor within twenty (20) days of the date of this notice.

    4.    That in the absence of any answer, objection, or responsive pleading the Debtor's Counsel will certify that this Motion is unopposed and that an Order may be signed granting the relief requested.

                                                Respectfully submitted,

                                BY:    /s/ Christopher M. McMonagle
                                                Christopher M. McMonagle, Esquire
                                                Freedman and Lorry, P.C.
                                                1601 Market Street, 15th Floor
                                                Philadelphia, PA  19103
                                                (215) 931-2535