**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| RUBY J. BASKIN | : | |
| | : | |
| Debtor | : | |
| | : | BANKRUPTCY NO. 14-12626 |
| | : | |
| WILIAM C. MILLER | : | |
| Trustee | : | |

**APPLICATION FOR COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES**

**CHRISTOPHER M. MCMONAGLE, ESQUIRE** applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual and necessary expenses, and, as such, represents the following:

1. Applicant is the current attorney for the Debtor in this case since November 7, 2016.

2. The Debtor filed a Chapter 13 petition on April 3, 2014 under prior counsel.

3. The Debtor's annualized current monthly income as set forth on Form B22C is:

    \_\_\_\_  above median (the amount on line 15 is not less than the amount on line 16)

    _X_  below median (the amount on line 15 is less than the amount on line 16)

4. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

5. Applicant requests an award of compensation of $750.00 for hours expended in providing the following services, among others:

  a. Initial consultation with the Debtor
  b. Reviewing and analyzing Debtor's Chapter 13 Petition and Plan
  c. Drafting and revising a Motion to Modify Debtor's Chapter 13 Plan to lower monthly payments
  d. Drafting and revising an Amended Chapter 13 Plan
  e. Drafting and filing Amended Schedules I and J
  f. Telephone conversations with the Debtor
  g. Attendance at a hearing on a Motions to Dismiss

6. A copy of Applicant's time records setting forth the dates and amount of time expended for the services performed is attached hereto as Exhibit "A."

7. A copy of Applicant's Disclosure of Compensation, pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2106(b) is attached hereto as Exhibit "B."

8. The Debtor paid her prior counsel, Christophe G. Cappio, $3,500.00, which included $450.00 up front and $3,050 through her Chapter 13 Plan. The $3,050.00 has already been disbursed to prior counsel by the Trustee's office. A printout of the Trustee's Account is attached hereto as Exhibit "C," and a copy of Mr. Cappio's Fee Application is attached as Exhibit "D."

9. None of the compensation paid to Applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C.§504(c) applies.

**WHEREFORE**, Applicant requests an award of $750.00 in compensation and of $0.00 in reimbursement of actual, necessary expenses.

            Respectfully submitted,

Date: January 24, 2017    BY: /s/ Christopher M. McMonagle
             CHRISTOPHER M. MCMONAGLE
             Attorney for Debtor
             Freedman & Lorry, P.C.
             1601 Market St., Ste. 1500
             Philadelphia, PA 19103
             cmcmonagle@freedmanlorry.com
             (t) 215.931.2554
             (f) 215.925.7516

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **RUBY J. BASKIN** | : | |
| | : | |
| **Debtor** | : | |
| | : | **BANKRUPTCY NO. 14-12626** |
| | : | |
| **WILIAM C. MILLER** | : | |
| **Trustee** | : | |

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objections, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $1,000.00 |
| Attorney fee already paid by Debtor | $250.00 |
| Net amount to be paid by Trustee to Attorney | $750.00 |

The net amount is to be paid by the Trustee to Christopher M. McMonagle, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

_____
ASHELY M. CHAN

Dated: January 24, 2017

cc:

William C. Miller, Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Christopher M. McMonagle, Esq.
Freedman & Lorry, P.C.
1601 Market Street, 15th Floor
Philadelphia, PA 19103
(215) 931-2554

```
Date        Received From/Paid To                         Chq#   |----- General -----|        Bld |---------- Trust Activity ----------|
  Entry #   Explanation                                   Rec#    Rcpts       Disbs    Fees   Inv# Acc    Rcpts       Disbs     Balance
```

30717  Baskin, Ruby
R30717          Baskin, Ruby                                                                                    Resp Lawyer: CMM

| Date / Entry # | Explanation | Chq#/Rec# | Rcpts | Disbs | Fees | Inv# | Acc | Rcpts | Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Oct 28/2016  1600935 | Lawyer: CMM  0.60 Hrs X 0.00  Intake interview with client re: chapter 13 bankruptcy | | | | 0.00 | | | | | |
| Oct 28/2016  1600936 | Lawyer: CMM  0.50 Hrs X 0.00  Review and analyze file re: chapter 13 bankruptcy and modified plan | | | | 0.00 | | | | | |
| Nov  1/2016  1600940 | Lawyer: CMM  0.20 Hrs X 0.00  Receive and review mortgage documents from client | | | | 0.00 | | | | | |
| Nov  1/2016  1600941 | Lawyer: CMM  0.20 Hrs X 0.00  Telephone call to client re: meeting on motion to modify | | | | 0.00 | | | | | |
| Nov  2/2016  1600942 | Lawyer: CMM  0.30 Hrs X 0.00  Draft and revise retainer agreement for client | | | | 0.00 | | | | | |
| Nov  2/2016  1600943 | Lawyer: CMM  0.60 Hrs X 0.00  Review payment history re: modified plan | | | | 0.00 | | | | | |
| Nov  3/2016  1600944 | Lawyer: CMM  0.80 Hrs X 0.00  Meet with client re: retainer agreement and modified plan | | | | 0.00 | | | | | |
| Nov  3/2016  1600946 | Lawyer: CMM  0.60 Hrs X 0.00  Draft and send letter to client's previous attorney re: withdrawal and entry of appearance | | | | 0.00 | | | | | |
| Nov  7/2016  1600947 | Lawyer: CMM  0.90 Hrs X 0.00  Draft and revise motion to modify | | | | 0.00 | | | | | |
| Nov  7/2016  1600948 | Lawyer: CMM  0.90 Hrs X 0.00  Draft and revise amended chapter 13 bankruptcy plan | | | | 0.00 | | | | | |
| Nov  8/2016  1601869 | Billing on Invoice 603819  FEES     1000.00 | | | 0.00 | | 603819 | | | | |
| Nov  8/2016  1601870 | Fees To Lawyer CMM  FEE | | | | 1000.00 | 603819 | | | | |
| Nov  8/2016  1601872 | Money Order  PMT - Payment | 77674 | 250.00 | | | | | | | |
| Nov  9/2016  1596484 | Lawyer: CMM  0.20 Hrs X 0.00  Receive and review court order continuing hearing on motion to dismiss | | | | 0.00 | | | | | |
| Nov 29/2016  1605590 | Lawyer Referral and Information S  Referral Fee | | | 35.00 | | | | | | |
| Dec  5/2016  1602190 | Lawyer: CMM  0.10 Hrs X 0.00  Telephone call from client re: bankruptcy payments | | | | 0.00 | | | | | |
| Dec  5/2016  1602191 | Lawyer: CMM  0.30 Hrs X 0.00  Telephone call to client re: bankruptcy payments | | | | 0.00 | | | | | |
| Dec  8/2016  1604283 | Lawyer: CMM  0.30 Hrs X 0.00  Telephone call from client re: bankruptcy payments | | | | 0.00 | | | | | |
| Dec 12/2016  1605355 | Lawyer: CMM  0.10 Hrs X 0.00  Review and analyze file re: preparation for hearing on motion to modify | | | | 0.00 | | | | | |
| Dec 13/2016  1605416 | Lawyer: HKB  0.30 Hrs X 0.00  Prepare certification of no response | | | | 0.00 | | | | | |
| Dec 13/2016  1605417 | Lawyer: HKB  0.30 Hrs X 0.00  File document certifcation of no response | | | | 0.00 | | | | | |
| Dec 13/2016  1605426 | Lawyer: CMM  1.20 Hrs X 0.00  Travel to and represent client at hearing on motion to modify chapter 13 plan | | | | 0.00 | | | | | |
| Dec 14/2016  1606187 | Lawyer: CMM  0.20 Hrs X 0.00  Receive and review court order approving motion to modify plan | | | | 0.00 | | | | | |
| Dec 16/2016  1606460 | Lawyer: HKB  0.30 Hrs X 0.00  Send letter to client re modified chapter 13 plan payment | | | | 0.00 | | | | | |
| Dec 19/2016  1606826 | Lawyer: CMM  0.10 Hrs X 0.00  Telephone call from client re: modified bankruptcy plan | | | | 0.00 | | | | | |
| Dec 19/2016  1606827 | Lawyer: CMM  0.10 Hrs X 0.00  Telephone call to client re: modified bankruptcy plan | | | | 0.00 | | | | | |
| Dec 22/2016  1607575 | Lawyer: CMM  0.10 Hrs X 0.00  Telephone call from client re: bankruptcy payments | | | | 0.00 | | | | | |
| Dec 22/2016  1607576 | Lawyer: CMM  0.20 Hrs X 0.00  Telephone call to client re: bankruptcy payments | | | | 0.00 | | | | | |
| Jan 12/2017  1610268 | Lawyer: CMM  0.30 Hrs X 0.00  Telephone call from client re: | | | | 0.00 | | | | | |

```
Date     Received From/Paid To           Chq#   |----- General -----|         Bld |---------- Trust Activity ----------|
   Entry # Explanation                   Rec#   Rcpts      Disbs      Fees   Inv#  Acc   Rcpts       Disbs      Balance

         bankruptcy payments
Jan 13/2017  Lawyer: CMM  0.10 Hrs X 0.00
   1610890  Receive and review court order                              0.00
            continuing case on motion to
            dismiss
```

```
             |---------- UNBILLED ----------|         |---------- BILLED ----------|         |------ BALANCES ------|
TOTALS           CHE    +   RECOV   +  FEES   = TOTAL    DISBS   +  FEES   + TAX  - RECEIPTS    = A/R          TRUST
PERIOD         35.00        0.00      0.00     35.00     0.00    1000.00    0.00    250.00      750.00         0.00
END DATE       35.00        0.00      0.00     35.00     0.00    1000.00    0.00    250.00      750.00         0.00

             |---------- UNBILLED ----------|         |---------- BILLED ----------|         |------ BALANCES ------|
FIRM TOTAL       CHE    +   RECOV   +  FEES   = TOTAL    DISBS   +  FEES   + TAX  - RECEIPTS    = A/R          TRUST
PERIOD         35.00        0.00      0.00     35.00     0.00    1000.00    0.00    250.00      750.00         0.00
END DATE       35.00        0.00      0.00     35.00     0.00    1000.00    0.00    250.00      750.00         0.00
```

REPORT SELECTIONS - Client Ledger
```
Layout Template                                Default
Advanced Search Filter                         None
Requested by                                   CMM
Finished                                       Monday, January 23, 2017 at 05:22:49 PM
Ver                                            14.1 (14.1.20150324)
Matters                                        R30717
Clients                                        All
Major Clients                                  All
Client Intro Lawyer                            All
Matter Intro Lawyer                            All
Responsible Lawyer                             All
Assigned Lawyer                                All
Type of Law                                    All
Select From                                    Active, Inactive, Archived Matters
Matters Sort by                                Default
New Page for Each Lawyer                       No
New Page for Each Matter                       No
No Activity Date                               Dec/31/2199
Firm Totals Only                               No
Totals Only                                    No
Entries Shown - Billed Only                    No
Entries Shown - Disbursements                  Yes
Entries Shown - Receipts                       Yes
Entries Shown - Time or Fees                   Yes
Entries Shown - Trust                          Yes
Incl. Matters with Retainer Bal                No
Incl. Matters with Neg Unbld Disb              No
Trust Account                                  All
Working Lawyer                                 All
Include Corrected Entries                      No
Show Check # on Paid Payables                  No
Show Client Address                            No
Consolidate Payments                           No
Show Trust Summary by Account                  No
Show Interest                                  No
Interest Up To                                 Jan/23/2017
Show Invoices that Payments Were Applied to    No
Display Entries in                             Date Order
```

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re   **Ruby J Baskin**                                                            Case No.   _14-12626_
                              Debtor(s)                                              Chapter   **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                           $       **1,000.00**
   Prior to the filing of this statement I have received                 $         **250.00**
   Balance Due                                                            $         **750.00**

2. The source of the compensation paid to me was:

   ■ Debtor       ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor       ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_1/24/17_
Date

/s/ Christopher M. McMonagle
**Christopher M. McMonagle 316043**
*Signature of Attorney*
**Freedman and Lorry, P.C.
1601 Market Street, Ste. 1500
Philadelphia, PA 19103
215-925-8400  Fax: 215-925-7516
hbanks@freedmanlorry.com**
*Name of law firm*

| get case status | logout | Chapter 13 Trustee Online Case Status System |

# William C Miller Standing Chapter 13 Trustee

### Status of Claims as of 1/24/2017
### Case # 14-12626 AMC

RUBY J. BASKIN                                              27 Remaining of 60 Mos.

Current Debtor Pmt: $325.42 / Monthly

Atty: CHRISTOPHER MICHAEL MCMONAGLE

## Summary

| Filed: 4/3/2014 | Confirmed: 3/19/2015 | Base Amount: $20,441.60 | Debtor Refunds: $0.00 |
| First Mtg: 6/25/2014 12:00:00 PM | Plan Filed: 4/3/2014 | Total Paid In: $11,005.00 | Delinq Amount: $650.26 |
| | | Balance on Hand: $302.53 | |

## Payment Schedule

| Start Date | End Date | Debtor Payment | Frequency | Total Pmts | Type |
|---|---|---|---|---|---|
| 5/3/2014 | 10/3/2016 | $10,679.00 | L | $10,679.00 | L |
| 11/3/2016 | 4/3/2019 | $325.42 | M | $9,762.60 | |

## Payment History

| | | | | |
|---|---|---|---|---|
| 12/23/2016 $326.00 | 9/8/2016 $900.00 | 8/9/2016 $446.00 | 7/12/2016 $900.00 | 6/13/2016 $447.00 |
| 3/14/2016 $447.00 | 2/9/2016 $447.00 | 12/8/2015 $894.00 | 10/5/2015 $447.00 | 9/14/2015 $447.00 |
| 8/10/2015 $447.00 | 7/13/2015 $447.00 | 6/9/2015 $447.00 | 3/10/2015 $446.00 | 2/17/2015 $347.00 |
| 1/7/2015 $447.00 | 11/12/2014 $447.00 | 10/15/2014 $389.00 | 9/15/2014 $389.00 | 7/11/2014 $566.00 |
| 6/10/2014 $566.00 | 5/8/2014 $366.00 | | | |

Show Details

## Claims

| Creditor Name | Clm Num | Court Clm # | Last Pymt | Cls | Int Rate | Fixed Pymt | Disb Code | Debt | Principal Paid | Claimed | Tot Int Pd | Balance | Accrued Int | Arrears |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHRISTOPHER G CAPPIO | 000-0 | | 7/8/2015 | L | 0.00% | $0.00 | 13 | $3,500.00 | $3,050.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CHRISTOPHER G CAPPIO | 000-1 | | | L | 0.00% | $0.00 | 13 | $750.00 | $0.00 | $0.00 | $0.00 | Objection ($750.00) | $0.00 | $0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | 001-0 | 1 | | U | 0.00% | $0.00 | 33 | $309.93 | $0.00 | $309.93 | $0.00 | $309.93 | $0.00 | $0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | 002-0 | 2 | | U | 0.00% | $0.00 | 33 | $395.02 | $0.00 | $395.02 | $0.00 | $395.02 | $0.00 | $0.00 |
| AMERICAN INFOSOURCE LP | 003-0 | 3 | | U | 0.00% | $0.00 | 33 | $933.13 | $0.00 | $933.13 | $0.00 | $933.13 | $0.00 | $0.00 |
| DEPARTMENT OF EDUCATION | 004-0 | 4 | | U | 0.00% | $0.00 | 33 | $23,623.27 | $0.00 | $23,623.27 | $0.00 | $23,623.27 | $0.00 | $0.00 |

| Creditor | Claim | Date | Type/Rate | Amount | Mos | Amount Owed | Paid | Balance | Paid This Period | Remaining | Unpaid | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jefferson University Hospitals | 005-0 5 | | U 0.00% | $0.00 | 33 | $243.91 | $0.00 | $243.91 | $0.00 | $243.91 | $0.00 | $0.00 |
| JEFFERSON UNIVERSITY HOSPITALS | 006-0 6 | | U 0.00% | $0.00 | 33 | $34.91 | $0.00 | $34.91 | $0.00 | $34.91 | $0.00 | $0.00 |
| JEFFERSON UNIVERSITY HOSPITALS | 007-0 7 | | U 0.00% | $0.00 | 33 | $34.91 | $0.00 | $34.91 | $0.00 | $34.91 | $0.00 | $0.00 |
| JEFFERSON UNIVERSITY HOSPITALS | 008-0 8 | | U 0.00% | $0.00 | 33 | $38.96 | $0.00 | $38.96 | $0.00 | $38.96 | $0.00 | $0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | 009-0 9 | | U 0.00% | $0.00 | 33 | $34.89 | $0.00 | $34.89 | $0.00 | $34.89 | $0.00 | $0.00 |
| JEFFERSON UNIVERSITY HOSPITALS | 010-0 10 | | U 0.00% | $0.00 | 33 | $94.79 | $0.00 | $94.79 | $0.00 | $94.79 | $0.00 | $0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | 011-0 11 | | U 0.00% | $0.00 | 33 | $244.14 | $0.00 | $244.14 | $0.00 | $244.14 | $0.00 | $0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | 012-0 12 | | U 0.00% | $0.00 | 33 | $49.53 | $0.00 | $49.53 | $0.00 | $49.53 | $0.00 | $0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | 013-0 13 | | U 0.00% | $0.00 | 33 | $9.32 | $0.00 | $9.32 | $0.00 | $9.32 | $0.00 | $0.00 |
| JEFFERSON UNIVERSITY HOSPITALS | 014-0 14 | | U 0.00% | $0.00 | 33 | $44.23 | $0.00 | $44.23 | $0.00 | $44.23 | $0.00 | $0.00 |
| JEFFERSON UNIVERSITY HOSPITALS | 015-0 15 | | U 0.00% | $0.00 | 33 | $77.16 | $0.00 | $77.16 | $0.00 | $77.16 | $0.00 | $0.00 |
| JEFFERSON UNIVERSITY HOSPITALS | 016-0 16 | | U 0.00% | $0.00 | 33 | $148.56 | $0.00 | $148.56 | $0.00 | $148.56 | $0.00 | $0.00 |
| JEFFERSON UNIVERSITY HOSPITALS | 017-0 17 | | U 0.00% | $0.00 | 33 | $60.70 | $0.00 | $60.70 | $0.00 | $60.70 | $0.00 | $0.00 |
| JEFFERSON UNIVERSITY HOSPITALS | 018-0 18 | | U 0.00% | $0.00 | 33 | $26.35 | $0.00 | $26.35 | $0.00 | $26.35 | $0.00 | $0.00 |
| JEFFERSON UNIVERSITY HOSPITALS | 019-0 19 | | U 0.00% | $0.00 | 33 | $73.59 | $0.00 | $73.59 | $0.00 | $73.59 | $0.00 | $0.00 |
| JEFFERSON UNIVERSITY HOSPITALS | 020-0 20 | | U 0.00% | $0.00 | 33 | $105.40 | $0.00 | $105.40 | $0.00 | $105.40 | $0.00 | $0.00 |
| JEFFERSON UNIVERSITY HOSPITALS | 021-0 21 | | U 0.00% | $0.00 | 33 | $42.12 | $0.00 | $42.12 | $0.00 | $42.12 | $0.00 | $0.00 |
| JEFFERSON UNIVERSITY HOSPITALS | 022-0 22 | | U 0.00% | $0.00 | 33 | $138.50 | $0.00 | $138.50 | $0.00 | $138.50 | $0.00 | $0.00 |
| PECO | 023-0 23 | | U 0.00% | $0.00 | 33 | $1,229.12 | $0.00 | $1,229.12 | $0.00 | $1,229.12 | $0.00 | $0.00 |
| QUANTUM3 GROUP LLC AS AGENT FOR | 024-0 24 | 10/7/2016 | S 0.00% | $0.00 | 24 | $8,583.50 | $3,286.96 | $9,483.50 | $0.00 | $5,296.54 | $0.00 | $0.00 |
| QUANTUM3 GROUP LLC AS AGENT FOR | 024-1 24 | 4/8/2015 | S 0.00% | $0.00 | 12 | $900.00 | $900.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| AFNI | 025-0 25 | | U 0.00% | $0.00 | 33 | $258.49 | $0.00 | $258.49 | $0.00 | $258.49 | $0.00 | $0.00 |
| PREMIER BANKCARD/CHARTER | 026-0 26 | | U 0.00% | $0.00 | 33 | $897.82 | $0.00 | $897.82 | $0.00 | $897.82 | $0.00 | $0.00 |
| PGW | 027-0 27 | | U 0.00% | $0.00 | 33 | $1,764.16 | $0.00 | $1,764.16 | $0.00 | $1,764.16 | $0.00 | $0.00 |
| CITY OF PHILA | 028-0 28 | 10/7/2016 | S 0.00% | $0.00 | 24 | $4,135.99 | $1,583.83 | $4,135.99 | $0.00 | $2,552.16 | $0.00 | $0.00 |
| WELLS FARGO BANK | 029-0 29 | | U 0.00% | $0.00 | 33 | $413.98 | $0.00 | $413.98 | $0.00 | $413.98 | $0.00 | $0.00 |
| WELLS FARGO BANK | 030-0 30 | | U 0.00% | $0.00 | 33 | $197.35 | $0.00 | $197.35 | $0.00 | $197.35 | $0.00 | $0.00 |
| JPMORGAN CHASE BANK | 031-0 31 | 4/8/2016 | S 0.00% | $0.00 | 24 | $0.00 | $1,163.95 | $6,242.31 | $0.00 | Withdrawn | $0.00 | $0.00 |
| William Miller | TRS-0 | 12/23/2016 | T 0.00% | $0.00 | 00 | $1,397.17 | $717.73 | $0.00 | $0.00 | $679.44 | $0.00 | $0.00 |

Prin Bal (incl Funds on Hand)    $40,499.85
Base Amount    $9,436.60

Disbursement Details

| Clm | Date | Check# | Principal | Int Pd | Total Paid |
|---|---|---|---|---|---|
| 000-0 | CHRISTOPHER G CAPPIO | | | | |
| 000-0 | 7/8/2015 | 2399113 | $3,050.00 | $0.00 | $3,050.00 |
| | | Total | $3,050.00 | $0.00 | $3,050.00 |
| Clm | Date | Check# | Principal | Int Pd | Total Paid |
| 024-0 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | |
| 024-0 | 10/7/2016 | 2434438 | $563.62 | $0.00 | $563.62 |
| 024-0 | 9/9/2016 | 2432522 | $279.31 | $0.00 | $279.31 |
| 024-0 | 8/8/2016 | 2430376 | $563.61 | $0.00 | $563.61 |
| 024-0 | 7/8/2016 | 2428177 | $279.94 | $0.00 | $279.94 |
| 024-0 | 4/8/2016 | 2421748 | $187.77 | $0.00 | $187.77 |
| 024-0 | 3/9/2016 | 2419421 | $187.78 | $0.00 | $187.78 |
| 024-0 | 1/8/2016 | 2414849 | $375.55 | $0.00 | $375.55 |
| 024-0 | 11/9/2015 | 2410414 | $187.78 | $0.00 | $187.78 |
| 024-0 | 10/8/2015 | 2407956 | $195.87 | $0.00 | $195.87 |
| 024-0 | 9/10/2015 | 2405755 | $195.87 | $0.00 | $195.87 |
| 024-0 | 8/12/2015 | 2403446 | $189.40 | $0.00 | $189.40 |
| 024-0 | 7/8/2015 | 2399583 | $80.46 | $0.00 | $80.46 |
| | | Total | $3,286.96 | $0.00 | $3,286.96 |
| Clm | Date | Check# | Principal | Int Pd | Total Paid |
| 024-1 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | |
| 024-1 | 4/8/2015 | 2392079 | $900.00 | $0.00 | $900.00 |
| | | Total | $900.00 | $0.00 | $900.00 |
| Clm | Date | Check# | Principal | Int Pd | Total Paid |
| 028-0 | CITY OF PHILA | | | | |
| 028-0 | 10/7/2016 | 2433133 | $271.58 | $0.00 | $271.58 |
| 028-0 | 9/9/2016 | 2431040 | $134.58 | $0.00 | $134.58 |
| 028-0 | 8/8/2016 | 2428850 | $271.59 | $0.00 | $271.59 |
| 028-0 | 7/8/2016 | 2426734 | $134.88 | $0.00 | $134.88 |
| 028-0 | 4/8/2016 | 2420114 | $90.48 | $0.00 | $90.48 |
| 028-0 | 3/9/2016 | 2417887 | $90.48 | $0.00 | $90.48 |
| 028-0 | 1/8/2016 | 2413324 | $180.96 | $0.00 | $180.96 |
| 028-0 | 11/9/2015 | 2408617 | $90.49 | $0.00 | $90.49 |
| 028-0 | 10/8/2015 | 2406399 | $94.38 | $0.00 | $94.38 |
| 028-0 | 9/10/2015 | 2404167 | $94.38 | $0.00 | $94.38 |
| 028-0 | 8/12/2015 | 2401551 | $91.26 | $0.00 | $91.26 |
| 028-0 | 7/8/2015 | 2399142 | $38.77 | $0.00 | $38.77 |
| | | Total | $1,583.83 | $0.00 | $1,583.83 |
| Clm | Date | Check# | Principal | Int Pd | Total Paid |
| 031-0 | JPMORGAN CHASE BANK | | | | |
| 031-0 | 4/8/2016 | 2420350 | $136.57 | $0.00 | $136.57 |
| 031-0 | 3/9/2016 | 2418096 | $136.56 | $0.00 | $136.56 |
| 031-0 | 1/8/2016 | 2413527 | $273.12 | $0.00 | $273.12 |
| 031-0 | 11/9/2015 | 2408843 | $136.55 | $0.00 | $136.55 |
| 031-0 | 10/8/2015 | 2406579 | $142.45 | $0.00 | $142.45 |
| 031-0 | 9/10/2015 | 2404364 | $142.45 | $0.00 | $142.45 |
| 031-0 | 8/12/2015 | 2401790 | $137.73 | $0.00 | $137.73 |
| 031-0 | 7/8/2015 | 2399348 | $58.52 | $0.00 | $58.52 |
| | | Total | $1,163.95 | $0.00 | $1,163.95 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:

Ruby J. Baskin

Debtor(s)

Case No. 14-12626

Chapter 13

Judge: Ashely M. Chan

### APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Christopher G. Cappio, Esquire applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is counsel for the debtor.

2. The debtor filed a petition under chapter 13 of the Bankruptcy Code on **4/03/14**

3. The debtor's annualized current monthly income as set forth on Form B22C is:

    ☐ above median (the amount on line 15 is not less than the amount on line 16)

    ☒ below median (the amount on line 15 is less than the amount on line 16)

1. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

2. Applicant requests an award of compensation of $250.00 for 14 hours expended on the initial consultation with client(s) and in providing before confirmation (i) the customary services of counseling and representing the chapter 13 debtor(s) in connection with the analysis of the financial situation; preparation, review and filing with the court of all required documents; correspondence, telephone conversations and miscellaneous contact with creditors, the trustee, attorneys and other parties in interest; preparation for and attendance at 341 (a) meeting, and (ii) in representing the debtor(s) in connection with:

    ☒ cure of a residential mortgage default or other treatment of residential real property claims

    ☐ ownership and claims relating to other real property *(specify the number of properties and describe the issues)*

    ☒ motor vehicle loans or leases

    ☐ state or federal tax claims

    ☐ domestic support obligations

    ☒ student loans

    ☐ an operating business

    ☒ 20 or more creditors listed in Schedule F

☐ automatic stay litigation

☒ other litigation: Cram Down on Motor Vehicle

1. Applicant requests that compensation be awarded at the following hourly rate(s): $250.00/hour. Christopher G. Cappio, Esquire.

2. Applicant requests reimbursement of expenses in the amount of $0.00 for the following expenses: None

3. The debtor paid Applicant $450.00 prior to the filing of the petition.

4. A copy of the Applicant's disclosure of compensation pursuant to Fed. R. Bankr. P. 2016(b) is attached hereto as Exhibit "A."

5. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. §504(c) applies.

6. Attached as Exhibit "B" is a copy of Applicant's time records setting forth the dates and amount of time expended for the services performed on behalf of the debtor.

WHEREFORE, Applicant requests an award of $3,500.00 in compensation and of $0.00 in reimbursement of actual, necessary expenses.

Dated: 5/5/15

Respectfully submitted,

/s/ Christopher G. Cappio
Christopher G. Cappio, Esquire
Identification No. 206002
Cappio & Gigliotti, LLP
2000 Spring Garden Street
Suite 1F
Philadelphia, PA 19130
Email: cappioandgigliotti@gmail.com
Telephone Number: (267) 758-2540
Telecopier Number: (267) 758-2543
Attorney for Debtor

# Exhibit A

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re    **Ruby J. Baskin**    Case No.    **14-12626**
Debtor(s)    Chapter    **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                $    3,500.00
   Prior to the filing of this statement I have received      $      450.00
   Balance Due                                                $    3,050.00

2. The source of the compensation paid to me was:

   ■ Debtor    □ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    □ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **April, 3, 2014**

/s/ Christopher G. Cappio
Christopher G. Cappio 206002
Cappio & Gigliotti, LLP
2000 Spring Garden Street
Suite 1F
Philadelphia, PA 19130
(267) 758-2540   Fax: (267) 758-2543
cappioandgigliotti@gmail.com

# Exhibit B

# Ruby J. Baskin

Case details generated 05/05/2015

| Date | Activity | Duration | Rate | Total | Status | User |
|---|---|---|---|---|---|---|
| 05/05/2015 | Attending Hearing | 1.0 | $250.00/hr | $250.00 | Open | Christopher Cappio |
| 03/19/2015 | Attending Hearing | 1.0 | $250.00/hr | $250.00 | Open | Christopher Cappio |
| 03/17/2015 | Draft and Filed Amended Schedules | 0.3 | $250.00/hr | $75.00 | Open | Christopher Cappio |
| 03/10/2015 | Fax | 0.5 | $250.00/hr | $125.00 | Open | Christopher Cappio |
| 03/02/2015 | phone call | 0.5 | $250.00/hr | $125.00 | Open | Christopher Cappio |
| 02/23/2015 | phone call | 0.5 | $250.00/hr | $125.00 | Open | Christopher Cappio |
| 02/06/2015 | phone call | 0.2 | $250.00/hr | $50.00 | Open | Christopher Cappio |
| 02/05/2015 | Draft and Filed Amended Schedules | 0.5 | $250.00/hr | $125.00 | Open | Christopher Cappio |
| 01/27/2015 | Attending Hearing | 0.7 | $250.00/hr | $175.00 | Open | Christopher Cappio |
| 01/06/2015 | phone call | 0.1 | $250.00/hr | $25.00 | Open | Christopher Cappio |
| 01/02/2015 | Draft and Filed Amended Schedules | 0.2 | $250.00/hr | $50.00 | Open | Christopher Cappio |
| 11/04/2014 | phone call | 0.1 | $250.00/hr | $25.00 | Open | Christopher Cappio |
| 11/04/2014 | Draft and Filed Amended Schedules | 0.2 | $250.00/hr | $50.00 | Open | Christopher Cappio |
| 11/03/2014 | Draft and Filed Amended Schedules | 0.2 | $250.00/hr | $50.00 | Open | Christopher Cappio |
| 10/03/2014 | phone call | 0.1 | $250.00/hr | $25.00 | Open | Christopher Cappio |
| 09/15/2014 | Draft and Filed Amended Schedules | 0.3 | $250.00/hr | $75.00 | Open | Christopher Cappio |
| 08/04/2014 | phone call | 0.1 | $250.00/hr | $25.00 | Open | Christopher Cappio |
| 07/29/2014 | Draft and Filed Amended Schedules | 0.2 | $250.00/hr | $50.00 | Open | Christopher Cappio |
| 07/29/2014 | Draft and Filed Amended Schedules | 1.0 | $250.00/hr | $250.00 | Open | Christopher Cappio |
| 07/01/2014 | phone call | 0.1 | $250.00/hr | $25.00 | Open | Christopher Cappio |
| 06/25/2014 | Attend 341 Hearing | 2.0 | $250.00/hr | $500.00 | Open | Christopher Cappio |
| 06/02/2014 | phone call | 0.2 | $250.00/hr | $50.00 | Open | Christopher Cappio |
| 05/22/2014 | Meeting | 0.5 | $250.00/hr | $125.00 | Open | Christopher Cappio |
| 04/09/2014 | phone call | 0.1 | $250.00/hr | $25.00 | Open | Christopher Cappio |
| 04/03/2014 | Fax | 0.2 | $250.00/hr | $50.00 | Open | Christopher Cappio |
| 04/03/2014 | Filed Pet & Schedules | 0.2 | $250.00/hr | $50.00 | Open | Christopher Cappio |
| 03/31/2014 | phone call | 0.3 | $250.00/hr | $75.00 | Open | Christopher Cappio |
| 03/27/2014 | Meeting | 1.0 | $250.00/hr | $250.00 | Open | Christopher Cappio |
| 03/26/2014 | Draft Bankruptcy Petition | 1.5 | $250.00/hr | $375.00 | Open | Christopher Cappio |
| 03/24/2014 | Initial Consultation | 0.0 | $0.00/hr | $0.00 | Open | Christopher Cappio |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                    )
                                          )    Case No. 14-12626
    Ruby J. Baskin              )
                                          )
                                          )
                                          )    Chapter 13
    Debtor(s)                   )
                                          )    Judge: Ashely M. Chan

### ORDER APPROVING COUNSEL FEES

AND NOW, this _____ day of _____, 2015, it is hereby Ordered that **$3,500.00** is approved as counsel fees, in the captioned case to Christopher G. Cappio, Esquire, of Cappio & Gigliotti, LLP, 2000 Spring Garden Street, Suite 1F, Philadelphia, PA 19130, for the services rendered and to be rendered as described in such Application for Compensation and Reimbursement of Expenses. **Debtor has paid $450.00 with a remaining balance of $3,050.00.**

ORDERED the remaining balance of costs and fees in the amount of **$3,050.00** is due and owing.

BY THE COURT

_____
HON. ASHELY M. CHAN