## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| **RUBY J. BASKIN** | : | |
| | : | Bankruptcy No.: 14-12626 |
| *Debtor* | : | |

### ENTRY OF APPEARANCE

Kindly withdraw my appearance on behalf of the above-captioned Debtor.

          FREEDMAN AND LORRY, P.C.

BY:   /s/ Soleiman Raie
       SOLEIMAN RAIE
       FREEDMAN AND LORRY, P.C.
       1601 Market Street, Ste. 1500
       Philadelphia, PA 19103
       (215)925-8400

### WITHDRAW OF APPEARANCE

Kindly enter my appearance on behalf of the above-captioned Debtor.

          FREEDMAN AND LORRY, P.C.

BY:   /s/Christopher M. McMonagle_____
       CHRISTOPHER M. MCMONAGLE
       I.D.  # 316043
       FREEDMAN AND LORRY, P.C.
       1601 Market Street, Ste. 1500
       Philadelphia, PA  19103
       (215)925-8400