**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| RUBY J. BASKIN | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Debtor | : | BANKRUPTCY NO. 14-12626 |
| | : | |

**CERTIFICATION OF NO RESPONSE**

I, SOLEIMAN RAIE, attorney for the Debtor, hereby certify that as of March 27, 2017J, I have received no response to the Application for Compensation filed January 24, 2017 by Christopher M. McMonagle, Esquire.

William C. Miller, Esquire                                All Creditors
Chapter 13 Standing Trustee
P.O. Box 40119
Philadelphia, PA 19106


DATE:   March 27, 2017
                                                ATTORNEY FOR DEBTOR


                                                /s/Soleiman Raie
                                                SOLEIMAN RAIE

                                                FREEDMAN AND LORRY, P.C
                                                1601 MARKET STREET
                                                SUITE 1500
                                                 PHILADELPHIA, PA  19103

                                                 215-925-8400