**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **RUBY J. BASKIN** | : | |
| | : | |
| **Debtor** | : | |
| | : | BANKRUPTCY NO. 14-12626 |
| | : | |
| **WILIAM C. MILLER** | : | |
| **Trustee** | : | |

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objections, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $1,000.00 |
| Attorney fee already paid by Debtor | $250.00 |
| Net amount to be paid by Trustee to Attorney | $750.00 |

The net amount is to be paid by the Trustee to Christopher M. McMonagle, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

_____
ASHELY M. CHAN

Dated: March 28, 2017

cc:

William C. Miller, Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Christopher M. McMonagle, Esq.
Freedman & Lorry, P.C.
1601 Market Street, 15th Floor
Philadelphia, PA  19103
(215) 931-2554