# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 14-12626-AMC

RUBY J. BASKIN

2428 N. NATRONA STREET

PHILADELPHIA, PA 19132

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

RUBY J. BASKIN

2428 N. NATRONA STREET

PHILADELPHIA, PA 19132

Counsel for debtor(s), by electronic notice only.

    CHRISTOPHER MICHAEL MCMONAGLE
    FREEDMAN & LORRY PC
    1601 MARKET ST - SUITE 1500
    PHILA, PA 19103-

                                              /S/ William C. Miller

Date: 4/4/2017                                _____

                                              William C. Miller, Esquire
                                              Chapter 13 Standing Trustee