# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 14-12626-AMC

RUBY J. BASKIN

2428 N. NATRONA STREET

PHILADELPHIA, PA 19132

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    RUBY J. BASKIN

    2428 N. NATRONA STREET

    PHILADELPHIA, PA 19132

Counsel for debtor(s), by electronic notice only.

    CHRISTOPHER MICHAEL MCMONAGLE
    FREEDMAN & LORRY PC
    1601 MARKET ST - SUITE 1500
    PHILA, PA 19103-

Date: 7/13/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee