**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| **RUBY S. BASKIN** | : | |
| | : | Bankruptcy No.: 14-12626 |
| *Debtor* | : | |

**ENTRY OF APPEARANCE**

Kindly enter my appearance on behalf of the above-captioned Debtor.

                FREEDMAN AND LORRY, P.C.

BY:   /s/ Ashley M. Sullivan
       ASHLEY M. SULLIVAN
       FREEDMAN AND LORRY, P.C.
       1601 Market Street, Ste. 1500
       Philadelphia, PA 19103
       (215)925-8400

**WITHDRAW OF APPEARANCE**

Kindly withdraw my appearance on behalf of the above-captioned Debtor.

                FREEDMAN AND LORRY, P.C.

BY:   /s/ Christopher M. McMonagle____
       CHRISTOPHER M. MCMONAGLE
       FREEDMAN AND LORRY, P.C.
       1601 Market Street, Ste. 1500
       Philadelphia, PA  19103
       (215)925-8400