# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 14-12626-AMC

RUBY J. BASKIN

2428 N. NATRONA STREET

PHILADELPHIA, PA 19132

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  RUBY J. BASKIN

  2428 N. NATRONA STREET

  PHILADELPHIA, PA 19132

Counsel for debtor(s), by electronic notice only.

  ASHLEY M. SULLIVAN
  FREEDMAN AND LORRY P.C.
  1601 MARKET ST   STE 1500
  PHILADELPHIA, PA 19103-

Date: 4/4/2018

                                      /S/ William C. Miller
                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee