**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : |
| **RUBY J. BASKIN** | : |
| | : |
| **Debtor** | : |
| | : |
| | :   BK. NO. 14-12626 |
| | :   CHAPTER 13 |
| | : |
| | :   11 U.S.C. |

**CERTIFICATION OF SERVICE**

I, ASHLEY M. SULLIVAN, attorney for the Debtor, hereby certify that on or about the 13th day of June , 2018, I did serve a copy of the Motion to Modify Chapter 13 Plan Post-Confirmation on the following individuals:

William C. Miller, Esquire            All Creditors
Chapter 13 Standing Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107


DATE:  June 13, 2018            ATTORNEYS FOR DEBTOR

/s/ Ashley M. Sullivan
ASHLEY M. SULLIVAN, ESQUIRE
FREEDMAN AND LORRY, P.C.
1601 Market Street, Ste. 1500
Philadelphia, PA 19103
(215)925-8400