**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE** : | |
| : | |
| **RUBY J. BASKIN** : | |
| : | |
| : | **CHAPTER 13** |
| *Debtor* : | |
| : | **NO.: 14-12626** |

**PRAECIPE TO WITHDRAW**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw The Motion to Abate Arrears on Chapter 13 Plan filed by Ashley M. Sullivan, Esquire on behalf of the Debtor, Ruby J. Baskin on June 5, 2018.

FREEDMAN AND LORRY, P.C.

BY:  /s/Ashley M. Sullivan
   ASHLEY M. SULLIVAN, ESQUIRE