**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RUBY J. BASKIN | Chapter 13 |
| Debtor | Bankruptcy No. 14-12626-AMC |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___12th___ day of __December__, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ASHLEY M. SULLIVAN
FREEDMAN AND LORRY P.C.
1601 MARKET ST   STE 1500
PHILADELPHIA, PA 19103-

Debtor:
RUBY J. BASKIN

2428 N. NATRONA STREET

PHILADELPHIA, PA 19132