United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-12626-amc
Ruby J. Baskin                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2           Date Rcvd: Dec 12, 2018
                              Form ID: pdf900          Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2018.
```
db           +Ruby J. Baskin,    2428 N. Natrona Street,    Philadelphia, PA 19132-3327
cr           +Santander Consumer USA, Inc.,    P.O. Box 562088, Suite 900 North,    Dallas, TX 75356-2088
13278836     +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
13522710     +Cappio & Gigliotti, LLP,    2000 Spring Garden Street,    Suite 1F,    Philadelphia, PA 19130-3895
13278841    #+Central Finl Control,    Po Box 66044,    Anaheim, CA 92816-6044
13278842      Chase,   PO Box 15153,    Wilmington, DE 19886-5153
13278843     +Chase Manhattan Mortgage,    Attn: Bankruptcy Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
13278845     +Cybrcollect,    3 Easton Oval Ste 210,    Columbus, OH 43219-6011
13278847     +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13396064     +JPMorgan Chase Bank, N.A.,    Chase Records Center,    Attn: Correspondence Mail,
               Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13304483      Jefferson University Hospitals,    c/o State Collection Serv. Inc.,    2509 S Stoughton Road,
               P O Box 6250,    Madison, WI 53716-0250
13278850     +Mohela/dept Of Ed,    633 Spirit Dr,    Chesterfield, MO 63005-1243
13278851      PECO,   PO Box 37629,    Philadelphia, PA 19101-0629
13363036      PHILA GAS WORKS,    80O W MONTGOMERY AVE,3F,    PHILADELPHIA, PA 19122,    ATTN:BANKRUPTCY UNIT
13278852      Philadelphia Gas Works,    PO Box 11700,    Newark, NJ 07101-4700
13309427      SANTANDER CONSUMER USA,    P.O. BOX 560284,    DALLAS, TX 75356-0284
13278853     +Santander Consumer Usa,    PO Box 961245,    Ft Worth, TX 76161-0244
13391599     +Wells Fargo Bank,    PO Box 5058,    MAC P6053-021,    Portland, OR 97208-5058
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Dec 13 2018 03:01:39     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 13 2018 03:01:07
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 13 2018 03:01:36     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13346957     +E-mail/Text: EBNProcessing@afni.com Dec 13 2018 03:01:29     Afni, Inc,    PO Box 3667,
               Bloomington, IL 61702-3667
13278834     +E-mail/Text: EBNProcessing@afni.com Dec 13 2018 03:01:29     Afni, Inc.,    Attn: Bankruptcy,
               Po Box 3097,    Bloomington, IL 61702-3097
13294870      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 13 2018 03:06:42
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK  73126-8941
13278838     +E-mail/Text: EBN_Greensburg@Receivemorermp.com Dec 13 2018 03:02:07     Berks Credit & Coll,
               900 Corporate Dr,    Reading, PA 19605-3340
13372500      E-mail/Text: megan.harper@phila.gov Dec 13 2018 03:01:39     City of Philadelphia,
               Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13278844     +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 13 2018 03:01:59
               Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
13278846     +E-mail/Text: bknotice@ercbpo.com Dec 13 2018 03:01:27     Enhanced Recovery Corp,
               Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13278848      E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 13 2018 03:01:31     Jefferson Capital Systems,
               16 Mcleland Rd,    Saint Cloud, MN 56303
13283126      E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 13 2018 03:01:31     Jefferson Capital Systems LLC,
               Po Box 7999,    Saint Cloud Mn 56302-9617
13278849     +E-mail/Text: bankruptcydpt@mcmcg.com Dec 13 2018 03:01:23     Midland Funding,
               8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13307513     +E-mail/Text: bankruptcygroup@peco-energy.com Dec 13 2018 03:01:01     PECO Energy Company,
               Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13347543     +E-mail/Text: csidl@sbcglobal.net Dec 13 2018 03:01:36     Premier Bankcard/Charter,
               P.O. Box 2208,    Vacaville, CA 95696-8208
13570659      E-mail/Text: bnc-quantum@quantum3group.com Dec 13 2018 03:01:03
               Quantum3 Group LLC as agent for,    NCEP LLC,    PO Box 788,    Kirkland, WA 98083-0788
13278854     +E-mail/Text: megan.harper@phila.gov Dec 13 2018 03:01:39     Water Revenue Bureau,
               Philadelphia Revenue Department,    1401 JFK Boulevard,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           Quantum3 Group LLC as agent for,    NCEP LLC,    PO Box 788,    Kirkland, WA 98083-0788
13278835*    +Afni, Inc.,    Attn: Bankruptcy,    Po Box 3097,    Bloomington, IL 61702-3097
13278837*    +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
13278839*    +Berks Credit & Coll,    900 Corporate Dr,    Reading, PA 19605-3340
13278840*    +Berks Credit & Coll,    900 Corporate Dr,    Reading, PA 19605-3340
                                                                                   TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2           User: Antoinett              Page 2 of 2                   Date Rcvd: Dec 12, 2018
                               Form ID: pdf900              Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2018 at the address(es) listed below:

```
              ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ASHLEY M. SULLIVAN    on behalf of Debtor Ruby J. Baskin asullivan@freedmanlorry.com,
               hbanks@freedmanlorry.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              Michael P. Gigliotti    on behalf of Debtor Ruby J. Baskin gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              SOLEIMAN RAIE    on behalf of Debtor Ruby J. Baskin sraie@freedmanlorry.com,
               hbanks@freedmanlorry.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc.
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RUBY J. BASKIN | Chapter 13 |
| Debtor | Bankruptcy No. 14-12626-AMC |

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

  **AND NOW**, this ___12th___ day of ___December___, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

  **ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ASHLEY M. SULLIVAN
FREEDMAN AND LORRY P.C.
1601 MARKET ST  STE 1500
PHILADELPHIA, PA 19103-


Debtor:
RUBY J. BASKIN

2428 N. NATRONA STREET

PHILADELPHIA, PA 19132